# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN FAHEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-218 Erie |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Susan Paradise Baxter |
| CARLA SWARTZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 9, 2018, the Magistrate Judge issued a Report (Doc. 26) recommending that Defendant's motion to dismiss the complaint (Doc. 21) be granted and that this case be dismissed. Service of the Report and Recommendation was made, and no objections have been filed.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Defendant's Motion to Dismiss (Doc. 21) is GRANTED, and the Magistrate Judge's Report and Recommendation (Doc. 26) hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


April 6, 2018                                s\Cathy Bissoon
                                             Cathy Bissoon
                                             United States District Judge

1

cc (via ECF email notification):

All counsel of record

cc (via First-Class, U.S. Mail):

Warren Fahey
LP-0255
SCI Albion
10745 Route 18
Albion, PA 16475-002